1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY CLOUD,                                No.  2:17-cv-00339 GGH

12                   Plaintiff,

13            v.                                  ORDER

14   SAN DIEGO COUNTY JAIL
     EMPLOYEE JOHN DOEL,
15   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
16   REHABILITATION, EMPLOYEES
     JOHN DOE 2, JOHN DOE 3,
17
                    Defendants.
18

19          Plaintiff, proceeding in this action pro se, has requested a forty-five day extension of time

20   to file a second amended complaint, ECF No. 24, in response to the Order of this Court issued on

21   June 29, 2017.  ECF No. 23.  Good cause appearing therefor, IT IS HEREBY ORDERED that:

22          Plaintiff shall have 45 days from the date of this Order to file an amended complaint

23   identifying specific individual defendants.

24          No further extensions.

25          **IT IS SO ORDERED**.

26   Dated: July 17, 2017

27                                    /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

28