IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY CLOUD,** | 2:17-cv-00339 GGH |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **SAN DIEGO COUNTY JAIL, et al.,** | |
| Defendants. | |

Defendants filed a request for a fourteen-day extension of time to file a responsive pleading to Plaintiff's Complaint. Good cause appearing therefor Defendants' motion is GRANTED. Defendants shall file a responsive pleading no later than November 20, 2017.

**IT IS SO ORDERED.**

Dated: October 23, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE