# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CLOUD,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.<br><br>        Defendants. | No. 2:17-cv-00339-KJM-GGH<br><br>ORDER |

      Plaintiff appears in this action pro se. Defendants' Motion for Summary Judgment on plaintiff's Second Amended Complaint was filed on June 13, 2018, ECF No. 38, and plaintiff filed an opposition on June 27, 2018.

      In light of the foregoing, IT IS HEREBY ORDERED that:

      1.    Defendants' Motion for Summary Judgment is now under submission for decision without oral argument.

Dated: July 3, 2018

                                            /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE