UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CLOUD,<br><br>        Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMNT OF CORRECTIONS, et al.,<br><br>        Respondents. | No. 2:17-cv-0339 KJM GGH<br><br>ORDER |

Defendants seek an extension of the discovery deadline established in this case in the Discovery and Scheduling Order filed on December 14, 2017, ECF No. 36, to permit them to depose plaintiff and have explained why they have been unable to do so sooner. ECF No. 42. The court has reviewed that motion and has found that defendants exercised diligence in attempting to take plaintiff's deposition sooner but were prevented from doing so by circumstances beyond their control. The court therefore finds there is good cause to grant defendants' motion.

////

////

////

////

////

1

1 | In light of the foregoing, IT IS HEREBY ORDERED that:

1. The discovery cutoff of July 6, 2018, established in the Discovery and Scheduling Order, ECF No. 36 at 5:10-12, is hereby extended to July 29, 2018, for the sole purpose of deposing plaintiff.

Dated: July 3, 2018

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE